In the Matter of the Claim of PAUL MADDERNS, Respondent, against FOX FILM CORPORATION and Another Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Motion denied.    Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CHARLES S. REYNOLDS, Respondent, against THE LUDLOW VALVE MANUFACTURING COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOSEPH DANIELS, Respondent, against AMMAN MANUFACTURING AND CONSTRUCTION COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of ANNA LOYKA, Respondent, against CHURCH & DWIGHT COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Motion denied.    Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARY M. JENNY, Respondent, against THE ORDER OF MINOR CONVENTUALS AT UTICA, N. Y., and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased was an independent contractor.    Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of JOSEPH CORIGLIANO, Respondent, against INTERNATIONAL DRUGGIST SUPPLY COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of LENA WOELFLE, Respondent, against MULHOLLAND COMPANY and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of HARRY W. SMITH, Respondent, against L. K. COMSTOCK & CO., INC., and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CATHERINE LE BRETT, Respondent, against P. J. DURCAN, INC., and Another, Appellants.    STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.    Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.